IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID CICERO PUCKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:07-cv-00806-RBP-RRA |
| ) | |
| STEVEN GULLEDGE, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 16, 2007, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(e)(2)(B)(ii).  The plaintiff filed objections on May 21, 2007. (Doc. #7).[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(e)(2)(B)(ii).  A Final Judgment will be entered.

---

[1] The plaintiff appears simply to object that the report and recommendation fails to mention that the defendant was placed in a separate cell and thus could not have acted on his threats. The plaintiff also has also asserted various other motions and responses (documents 3, 6, 8 and 9), none of which would have any bearing on the outcome of this action, and they are hereby DENIED.

DATED this 7th day of June, 2007.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**